

> Application granted in part.
>
> The March 12, 2024 initial pretrial telephone conference is adjourned to **June 17, 2024 at 11:00 a.m.** At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.
>
> Discovery in this matter is stayed until May 31, 2024. The parties are directed to file a joint status report by May 31, 2024 regarding their settlement efforts.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> March 11, 2024

**Via ECF**

Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *Yeshivath Viznitz Dkhal Torath Chaim v. Village of Briarcliff, et al.*
               **Docket No. 23-cv-04384 (PMH)**

Dear Judge Halpern,

    This firm represents plaintiffs in the above-referenced litigation, which involves claims against defendants for alleged violations of RLUIPA, 42 U.S.C. § 1983 and the Fair Housing Act. At present, Your Honor has scheduled a teleconference with the parties for March 12, 2024.

    We write in advance of that conference, and with defendants' consent, respectfully to request that <u>the Court adjourn it *sine die* and temporarily stay discovery in this matter until May 31, 2024</u>. The parties make this request so that they may engage in serious discussions on settlement or other means of resolution, without simultaneously incurring substantial litigation costs. On May 31, 2024, the parties will report the status of their efforts to the Court. If the parties reach an impasse before that date, however, they will advise Your Honor promptly and seek the Court's instruction on setting an appropriate discovery schedule.

    We thank the Court for considering this request.

                                                                                  Respectfully,

                                                                      _____
                                                                      Albert J. Pirro, Jr.

cc:    All counsel of record (via ECF)